**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-mc-00216-LTB-KMT

WHITLOCK PACKAGING CORPORATION,

      Plaintiff,

v.

BRIAN STEARNS and
FUZZEE BEE BEVERAGE, LLC,

      Defendants.
_____

**ORDER**
_____

      Upon Plaintiff's Unopposed Withdrawal of Objection and Motion to Quash Defendants' Subpoena Duces Tecum to Big Lots Stores, Inc. (Doc 5) and Plaintiff's Unopposed Withdrawal of Objection and Motion to Quash Defendants' Subpoena Duces Tecum to Pepsico, Inc. (Doc 6), and review of the file herein, it is

      ORDERED that Plaintiff's Unopposed Withdrawal of Objection and Motion to Quash Defendants' Subpoena Duces Tecum to Big Lots Stores, Inc. (Doc 5) and Plaintiff's Unopposed Withdrawal of Objection and Motion to Quash Defendants' Subpoena Duces Tecum to Pepsico, Inc. (Doc 6) are GRANTED and Plaintiff's Objection and Motion to Quash Defendant's Subpoena Duces Tecum to Big Lots Stores, Inc. (Doc 2) and Plaintiff's Objection and Motion to Quash Defendant's Subpoena Duces Tecum to Pepsico, Inc. (Doc 3) are  WITHDRAWN AND DEEMED MOOT.

      IT IS FURTHER ORDERED that the parties have **up to and including October 3, 2014** to show cause in writing why this case should not be dismissed.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   September 19, 2014